# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GOERTZ + SCHIELE CORPORATION, a Michigan corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GROB SYSTEMS, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:07-cv-13601<br>Hon. Paul D. Borman |

## STIPULATION AND ORDER REGARDING EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

IT IS STIPULATED AND AGREED by the parties through their undersigned counsel that Defendant, Grob Systems, Inc., may have an extension of time until October 10, 2007 to answer or otherwise plead to the Complaint in this action.

IT IS SO STIPULATED this __25th__ day of September 2007.

| | |
|---|---|
| /s/ John M. Allen | /s/ Scott L. Gorland |
| John M. Allen (P42940) | Scott L. Gorland (P28237) |
| Allen Brothers, P.L.L.C | Pepper Hamilton LLP |
| 400 Monroe, Suite 220 | 100 Renaissance Center, 36th Floor |
| Detroit, MI 48226 | Detroit, MI 48243-1157 |
| (313)962-7777 | (313)259-7110 |
| johnallen@allenbrotherspllc.com | gorlands@pepperlaw.com |

IT IS SO ORDERED this __25th__ day of

__September__, 2007

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 25, 2007.

s/Denise Goodine  
Case Manager